# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1013

_____

| | | |
|---|---|---|
| Charles Bruce Nabors; Craig Scott Keltner, | * | |
| | * | |
| Appellants, | * | |
| | * | |
| v. | * | |
| | * | |
| James Handley, former agent for the | * | |
| Federal Bureau of Investigation; M. | * | Appeal from the United States |
| Dale Kent, agent of the Federal | * | District Court for the |
| Bureau of Investigation; Michael | * | Eastern District of Arkansas. |
| Johnson, Assistant United States | * | |
| Attorney; Robert Neighbors, former | * | [UNPUBLISHED] |
| Assistant United States Attorney; | * | |
| Keith Rounsavall, former Officer | * | |
| Little Rock Police Department | * | |
| (originally sued as Keith | * | |
| Roundsevale); Tom James, Officer | * | |
| Little Rock Police Department; Mark | * | |
| Stafford, Officer, Little Rock Police | * | |
| Department; United States of | * | |
| America; City of Little Rock, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: December 7, 1999

Filed: December 13, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

Charles Bruce Nabors and Craig Scott Keltner appeal from the district court's[1] dismissal of their civil case for failing to state a claim. Having carefully reviewed the record, we conclude that the dismissal was proper. Accordingly, we affirm. See 8th Cir. R. 47B. However, we modify the dismissal of the state-law claims to be without prejudice. See Labickas v. Arkansas State Univ., 78 F.3d 333, 334-35 (8th Cir.) (per curiam), cert. denied, 519 U.S. 968 (1996). We also deny appellants' pending motions.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.